# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| FRANK NELLOM, FRANK NELLOM AND COMPANY, | : | No. 97 EM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS W. WOLF, GOVERNOR, AND JOSH SHAPIRO, ATTORNEY GENERAL OF PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2017, the King's Bench Petition is DENIED.